# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Michael T. Rose, | Civil No. 14-cv-0848 (PJS/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Carolyn W. Colvin, *Acting Commissioner of the Social Security Administration,* | |
| Defendant. | |

Neut L. Strandemo, Strandemo Sheridan & Dulas, PA, 1380 Corporate Center Curve, Eagan, MN 55121 (for Plaintiff);

Ana H. Voss and Pamela Marentette, United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415 (for Defendant).

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated July 28, 2015 (ECF No. 15), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Summary Judgment (ECF No. 9) is **DENIED**; and

2. Defendant's Motion for Summary Judgment (ECF No. 11) is **GRANTED.**

   **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: August 18, 2015

s/Patrick J. Schiltz
The Honorable Patrick J. Schiltz
United States District Court Judge
for the District of Minnesota